UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH ANDREW HYLKEMA, a single man, | Case No: 10-cv-1048 |
| Plaintiff, | DEFENDANT GC SERVICES LIMITED PARTNERSHIP OF DELAWARE'S NOTICE OF REMOVAL |
| v. | |
| GC SERVICES LIMITED PARTNERSHIP of Delaware; JANE DOE McKEE, BARNDY DOE and DEREK HILL jointly and severally, | |
| Defendants. | |

TO THE CLERK OF THE ABOVE ENTITLED COURT:

PLEASE TAKE NOTICE that defendant GC SERVICES LIMITED

PARTNERSHIP of Delaware ("GC Services") hereby removes this action from the

District Court of Washington, Whatcom County (hereinafter "State Court Action"), to the

United States District Court for the Western District of Washington at Seattle, and in

support thereof states as follows:

1.      GC Services is a party in a civil action brought against it in the District

Court of Washington, Whatcom County, entitled:  *Joseph Andrew Hylkema, a single man*

DEFENDANT GC SERVICES LIMITED PARTNERSHIP OF
DELAWARE'S NOTICE OF REMOVAL- PAGE 1

1   *v. GC Services Limited Partnership of Delaware; Jane Doe McKee, Brandy Doe and*

2   *Derek Hill jointly and severally,* Case No. CV-10-976.

3          2.      The District Court Case Summary located via the Washington Court

4   webpage states that the State Court Action was commenced on May 27, 2010, the date

5   the Complaint was filed in Whatcom County.  GC Services was duly served with the

6   Complaint by process server on June 8, 2010.  A true and accurate copy of the Complaint

7   is attached as Exhibit A.  GC Services has not filed any documents in the State Court

8   Action.

9          3.      This Notice of Removal is timely under 28 U.S.C. § 1446(b) because it is

10  timely filed within 30 days after service of process.

11         4.      Federal subject matter jurisdiction exists in this case pursuant to 28 U.S.C.

12  § 1441(b), because this is a civil action which includes three claims arising under the

13  laws of the United States, namely 15 U.S.C. § 1692e (the Fair Debt Collection Practices

14  Act).  *See* Complaint ¶¶ 5.1, 5.2, 5.3 & 5.4.  *See also* 28 U.S.C. § 1367 (supplemental

15  jurisdiction); 28 U.S.C. § 1441(c) (when one claim is removable, court may remove

16  entire case); *Beneficial Nat'l Bank v. Anderson,* 539 U.S. 1, 6 & n.3 (2003).  As such,

17  removal is appropriate without regard to the citizenship or residence of the parties.

18         5.      GC Services seeks removal of this action to this Court and submits this

19  Notice along with the exhibits, in accordance with 28 U.S.C. § 1441 and 1446.

20         6.      On information and belief, the remaining defendants (Jane Doe McKee,

21  Brandy Doe and Derek Hill) have not been served and no counsel has appeared on their

22  behalf in the State Court Action.

23         7.      Written notice of the filing of this Notice of Removal will be given to the

24  plaintiff; a copy of this Notice of Removal and supporting papers will be filed with the

25  Clerk of the State Court, as provided by 28 U.S.C. § 1446(d).

26

27

28

DEFENDANT GC SERVICES LIMITED PARTNERSHIP
OF DELAWARE'S NOTICE OF REMOVAL- PAGE 2

HINSHAW & CULBERTSON LLP
1000 S.W. Broadway, Suite1250
Portland, Oregon   97205
Telephone:  503-243-3243
Facsimile:  503-243-3240

1      8.      This notice is signed pursuant to FRCP 11.

2          WHEREFORE, defendant GC SERVICES LIMITED PARTNERSHIP of

3  Delaware pray that the above described action pending against it in the State Court be

4  removed to this Court.

5          DATED this 24th day of June, 2010.

6

7                                              HINSHAW & CULBERTSON LLP

8

9                                              /s David J. Elkanich_____
                                               David J. Elkanich, WSBA No. 35956

10
                                               Of Attorneys for Defendant GC SERVICES
11                                             LIMITED PARTNERSHIP of Delaware

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT GC SERVICES LIMITED PARTNERSHIP          HINSHAW & CULBERTSON LLP
OF DELAWARE'S NOTICE OF REMOVAL- PAGE 3            1000 S.W. Broadway, Suite1250
                                                    Portland, Oregon   97205
                                                    Telephone:  503-243-3243
                                                    Facsimile:  503-243-3240

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on June 24, 2010, I caused the document **DEFENDANT GC**

3

**SERVICES LIMITED PARTNERSHIP OF DELAWARE'S NOTICE OF**

4

**REMOVAL** to be mailed by electronic mail and by first-class mail to the following:

5

6

> Mr. Joseph Andrew Hylkema
> 477 Peace Portal Drive #107-244

7

> Blaine, Washington   98230
> Telephone:  (206) 202-4530

8

> Email:  hylxemaj@isomedia.com

9

> Plaintiff, *Pro Se*

10

I hereby certify that on June 24, 2010, I caused to be electronically filed with the

11

clerk of the Court through the CM/EDF system, the document **DEFENDANT GC**

12

**SERVICES LIMITED PARTNERSHIP OF DELAWARE'S NOTICE OF**

13

**REMOVAL**, which will send notification of such filing(s) to the following:

14

15

> [N/A]

16

DATED this 24th day of June, 2010.

17

18

> HINSHAW & CULBERTSON LLP

19

20

> */s David J. Elkanich*_____
> David J. Elkanich, WSBA No. 35956

21

22

> Of Attorneys for Defendant GC SERVICES
> LIMITED PARTNERSHIP of Delaware

23

24

25

26

27

CERTIFICATE OF SERVICE - DEFENDANT GC SERVICES
LIMITED PARTNERSHIP OF DELAWARE'S NOTICE OF
REMOVAL

HINSHAW & CULBERTSON LLP
1000 S.W. Broadway, Suite1250
Portland, Oregon   97205
Telephone:  503-243-3243
Facsimile:  503-243-3240