# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON

OFFICE OF THE CLERK

BRUCE RIFKIN
CLERK

700 STEWART STREET,
SUITE 2310
SEATTLE, WA 98101

June 25, 2010

HYLKEMA V. GC SERVICES LIMITED PARTNERSHIP
United States District Court Case No.: 2:10–cv–01048–RSM
Superior Court Case No.:     CV–10–976

Dear Counsel:

The above entitled action was removed to the United States District Court from the Superior Court on June 24, 2010. This case has been assigned to the Honorable Ricardo S Martinez.

Your attention is directed to the provisions of Rule 38(b) and 81(c) of the Federal Rules of Civil Procedure, pertaining to the filing of demands for trial by jury in Federal Court.

You are also advised that Local Civil Rule 101(b) states that each petitioner for removal under Chapter 89 of Title 28, U.S.C., shall, within fourteen days of filing his notice of removal, file with the clerk of this court copies of all additional records and proceedings in the state court, together with verification of counsel that they are true and complete copies of all the records and proceedings in the state court proceeding. The copies need not be allowed as a cost item under 28 U.S.C. § 1920(4) unless certification is required after an opposing party challenges the accuracy of the copies. Records and proceedings in the state court, filed with the notice of removal, need not be refiled.

Pursuant to Local Civil Rule 101(c), if a motion is pending and undecided in the state court at the time of removal, it will not be considered unless and until the moving party notes the motion on this court's calendar in accordance with Local Civil Rule 7(d).

Thank you for your cooperation.

Sincerely,

Bruce Rifkin, Clerk

By: s/ Paula McNabb
    Deputy Clerk